# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 6, 2014

## NO. 03-14-00005-CV

**Miguel A. Gonzalez, Appellant**

**v.**

**Michael J. Magana, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF BELL COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the order signed by the trial court on December 11, 2013. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.